DONALD H. HELLER, SBN 55717
DONALD H. HELLER,
A Law Corporation
701 University Avenue, Suite 100
Sacramento, CA  95825
Telephone:    (916) 974-3500
Facsimile:     (916) 520-3497

Attorneys for Defendant
GARY ROY MOTZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:08-CR-0396 MCE |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| vs. ) | SENTENCING  TO AUGUST 2, 2012 |
| ) | |
| ) | |
| GARY ROY MOTZ ) | |
| ) | |
| Defendant. ) | |
| _____) | |
| ) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Todd D. Leras, Esq., Assistant United States Attorney, and counsel for defendant Gary Roy Motz, Donald H. Heller, Esq. that the Judgment and Sentence in the above referenced matter be continued from May 24, 2012 to August 2, 2012 at 9:00 A.M. and thus vacating the presently Judgment and Sentencing from May 24, 2012.  The reason for this continuance is that because of defendant's current illness resulting in defendant's inability to meet with counsel, U.S. Probation officer Sarah Kirk has been unable to complete the Presentence Report. It is

respectfully requested that the ends of justice will be served by continuing the Judgment and Sentencing to August 2, 2012.

IT IS SO STIPULATED.

                                          DONALD H. HELLER,
                                          A Law Corporation

Dated: May 8, 2012                */s/ Donald H. Heller*
                                          DONALD H. HELLER, ESQ.
                                          Attorney for Defendant
                                          GARY ROY MOTZ

Dated: May 8, 2012                */s/Todd D. Leras*
                                          TODD D. LERAS, ESQ.
                                          Assistant U.S. Attorney
                                          Attorney for the United States

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | Case No. 2:08-CR-0396 MCE |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** CONTINUING JUDGMENT AND SENTENCING TO AUGUST 2, 2012 |
| GARY ROY MOTZ | ) | |
| Defendant. | ) | |

**GOOD CAUSE APPEARING** based on the stipulation between the parties, it is hereby ordered that Judgment and Sentencing scheduled for May 24, 2012, is hereby continued to August 2, 2012 at 9:00 A.M.

IT IS SO ORDERED.

Dated: May 11, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE