1  DONALD H. HELLER, SBN 55717
   DONALD H. HELLER,
2  A Law Corporation
3  701 University Avenue, Suite 100
   Sacramento, CA  95825
4  Telephone:    (916) 974-3500
   Facsimile:    (916) 520-3497
5
6  Attorneys for Defendant
   GARY ROY MOTZ
7

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:08-CR-0396 MCE |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING SENTENCING** |
| ) | |
| GARY ROY MOTZ ) | |
| ) | |
| Defendant. ) | |
| _____) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Todd D. Leras, Esq., Assistant United States Attorney, and counsel for defendant Gary Roy Motz, Donald H. Heller, Esq., that the Judgment and Sentence in the above referenced matter be continued from August 2, 2012, at 9:00 AM to November 29, 2012 at 9:00 AM, thus vacating the presently set status conference scheduled for August 2, 2012.  The reason for this continuance is due to defendant's current illness resulting in defendant's inability to meet with counsel; U.S. Probation Officer Sarah Kirk has been unable to complete the Presentence Report.

Based on the above, it is respectfully requested that the ends of justice will best be served by continuing this matter to status conference be continued to November 29, 2012.

IT IS SO STIPULATED.

DONALD H. HELLER,
A Law Corporation

Dated: July 19, 2012      /s/ Donald H. Heller
DONALD H. HELLER, ESQ.
Attorney for Defendant
GARY ROY MOTZ

Dated: July 19, 2012      /s/ Todd D. Leras
TODD D. LERAS, ESQ.
Assistant U.S. Attorney
Attorney for the United States

## ORDER

**GOOD CAUSE APPEARING** based on the stipulation between the parties, it is hereby ordered that the August 2, 2012 Judgment and Sentencing hearing be continued to November 29, 2012 at 9:00 AM, and that the August 2, 2012 status hearing in this matter be accordingly vacated. The reason for this continuance is due to defendant's current illness resulting in defendant's inability to meet with counsel; U.S. Probation Officer Sarah Kirk has been unable to complete the Presentence Report.

IT IS SO ORDERED.

Dated: July 31, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE